```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JORGE LUIS CULCAY VELETANGA,                                           :
                                                                       :
Petitioner,                                                            :         ORDER
                                                                       :
        -against-                                                      :
                                                                       :         25-cv-09211 (NSR)
KRISTI NOEMI, in her Official Capacity as the                          :
SECRETARY OF THE U.S. DEPARTMENT OF                                    :
HOMELAND SECURITY, et al.                                              :
                                                                       :
Respondents.                                                           :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/05/2025

NELSON S. ROMÁN, United States District Judge

Petitioner Jorge Luis Culcay Veletanga ("Petitioner") commenced this action by filing a petition for writ of *habeas corpus* on November 4, 2025, alleging that United States Immigration and Customs Enforcement ("ICE") is unlawfully detaining him. (ECF No. 1.)

Petitioner is a citizen and national of Ecuador, who arrived in the U.S. as a child in 2003. On November 5, 2012, Petitioner was granted Deferred Action for Childhood Arrivals. However, on or about September 6, 2025, Petitioner was detained by ICE due to allegedly disobeying a court order which required him to register with the probation office. While detained, Petitioner filed a motion before the Executive Office for Immigration Review seeking a minimal bond to secure his release. Petitioner argues that his motion was incorrectly denied pursuant to 8 U.S.C. § 1225(b)(2), which applies to "arriving aliens." Petitioner asserts that his motion should have been reviewed pursuant to 8 U.S.C. § 1226(a), which applies to individuals present in the U.S. Petitioner now moves for a Temporary Restraining Order ("TRO") pursuant to Federal Rule of Civil Procedure 65(b), seeking this Court to prevent his transfer outside the jurisdiction of the Southern District of New York while his *habeas corpus* petition is pending. (ECF No. 3.)

1

Upon reviewing Petitioner's motion papers, the Court GRANTS Petitioner's TRO application to the extent that (1) ICE is prohibited from transferring Petitioner outside the jurisdiction of the Southern District of New York; and (2) the parties can appear before the Court for a show of cause hearing to determine whether Petitioner can meet the requisite standard as required by statute and caselaw, which is to establish that (i) he is likely to succeed on the merits; (ii) he is likely to suffer irreparable harm in the absence of preliminary relief; (iii) the balance of equities tips in his favor; and (iv) that an injunction is in the public interest. Fed. Rul. Civ. Pro 65; *We The Patriots USA, Inc. v. Hochul*, 17 F.4th 266, 279 (2d Cir. 2021), *cert. denied sub nom. Dr. A. v. Hochul*, 142 S. Ct. 2569, 213 L. Ed. 2d 1126 (2022); *see also Benihana, Inc. v. Benihana of Tokyo, LLC*, 784 F.3d 887, 895 (2d Cir. 2015); *N. Am. Soccer League, LLC v. U.S. Soccer Fed'n, Inc.*, 883 F.3d 32, 37 (2d Cir. 2018).

The Court acknowledges, however, that there is a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York due to the current government shutdown. The parties are therefore directed to notify the Court as soon as practicable when they will be able to appear in-person for the purpose of conducting a hearing. Petitioner is also directed to serve his motion papers on the United States Attorney for the Southern District of New York, Jay Clayton, by email and overnight certified mail.

Dated: November 5, 2025  
      White Plains, New York

SO ORDERED

_____  
Hon. Nelson S. Roman  
U.S. District Court, S.D.N.Y.