```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JORGE LUIS CULCAY VELETANGA,                                       :
                                                                   :
Petitioner,                                                        :         ORDER
                                                                   :
        -against-                                                  :
                                                                   :         25-cv-09211 (NSR)
KRISTI NOEMI, in her Official Capacity as the                      :
SECRETARY OF THE U.S. DEPARTMENT OF                                :
HOMELAND SECURITY, et al.                                          :
                                                                   :
Respondents.                                                       :
-------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/09/2025
```

NELSON S. ROMÁN, United States District Judge

      Petitioner Jorge Luis Culcay Veletanga ("Petitioner") commenced this action by filing a petition for writ of habeas corpus on November 4, 2025, alleging that United States Immigration and Customs Enforcement ("ICE") is unlawfully detaining him. (ECF No. 1.) Plaintiff seeks (1) to prevent his transfer from outside the jurisdiction of the Southern District of New York while his habeas petition is pending and (2) his immediate release from ICE custody. (*Id*.)

      On November 5, 2025, the Court issued an order granting Petitioner's TRO application to the extent that ICE is prohibited from transferring Petitioner outside the jurisdiction of the Southern District of New York. (ECF No. 4.) In light of the Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York due to the previous government shutdown, the Court also directed the parties to notify the Court as soon as practicable when they will be able to appear in-person for the purpose of conducting a hearing. (*Id*.)

1

     With the Standing Order now lifted, the Court again directs the parties to notify the Court no later than December 12, 2025, by 12:00 PM, when they will be able to appear in-person for the purpose of conducting a hearing. Petitioner is directed to serve a copy of this Order on the Defendants and file proof of service. Petitioner is also directed to file an affidavit of service for both the habeas corpus petition and temporary restraining order.

Dated: December 9, 2025  
White Plains, New York

SO ORDERED

_____  
Hon. Nelson S. Roman  
U.S. District Court, S.D.N.Y.